**Order filed July 18, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00285-CV
_____

### IN RE R.J.M., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 16CP0020**

---

## ORDER

Relator, R.J.M., filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Roy Quintanilla of the 306 District Court of Galveston County, to set aside his March 31, 2016 temporary order signed following the adversary hearing in the suit to modify the parent-child relationship in trial court cause number 16CP0020, styled *In the interest of D.L.B., a Child*, and order the child returned to relator. Real party in interest, the Department of Family and Protective Services, filed a response to the petition for writ of mandamus.

We **ORDER** both relator and the Department of Family and Protective

Services to advise this court of the status of the case pending in the trial court by **July 21, 2016**. Such status reports should include all actions taken by the trial court such as rulings made and hearings held, and all pending requests filed by the parties in the trial court since the signing of the March 31, 2016 order.

PER CURIAM